EDWARD A. JANDORF et al., Respondents, *v.* WIMAN H. SMITH et al., as Executors and Trustees under the Will of JOHN H. SMITH, Deceased, Appellants.

(Argued June 3, 1929; decided July 11, 1929.)

*Louis L. Babcock* and *C. DeForest Cummings* for appellants.

*B. Frank Dake* and *Edward L. Jellinek* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.